# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 21-1907  **Short Title:** McCoy v. Town of Pittsfield

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Town of Pittsfield _____ as the

[ ] appellant(s)  [✔] appellee(s)  [ ] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ Robert J. Dietel  
Signature

11/23/2021  
Date

Robert J. Dietel  
Name

Gallagher, Callahan & Gartrell, P.C.  
Firm Name (if applicable)

603-545-3613  
Telephone Number

214 North Main Street  
Address

Fax Number

Concord, NH 03301  
City, State, Zip Code

dietel@gcglaw.com  
Email (required)

Court of Appeals Bar Number: 1155224

Has this case or any related case previously been on appeal?

[✔] No  [ ] Yes  Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print  Reset