# United States Court of Appeals
### For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**ORDER OF COURT**

Entered: December 3, 2021
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file an appearance form, docketing statement and transcript report/order form.

It is ordered that if an appearance form, docketing statement and transcript report/order form are not filed on or before **December 17, 2021**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Joseph Dietel
Robert M. Fojo