# United States Court of Appeals
# For the First Circuit

## NOTICE OF APPEARANCE

No. 21-1907     Short Title: McCoy v. Town of Pittsfield

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/Robert M. Fojo                     December 17, 2021
Signature                             Date

Robert M. Fojo
Name

Fojo Law, P.L.L.C.                    (603) 473-4694
Firm Name (if applicable)             Telephone Number

264 South River Road, Suite 464       (603) 473-4694
Address                               Fax Number

Bedford, NH 03110                     rfojo@fojolaw.com
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: 1191945

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

[Print]     [Reset]