# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 21-1907  **Short Title:** McCoy v. Town of Pittsfield

**Type of Action**

- [X] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  October 6, 2021
   2. Date this notice of appeal filed  November 4, 2021
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✔] Yes  [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
         If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes  [✔] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✔] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
   If yes, is transcript already on file with district court?  ☐ Yes  ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Town of Pittsfield
      Attorney Robert J. Dietel
      Address 214 North Main Street, Concord, NH 03301
      Telephone (603) 496-8343

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Joseph McCoy
      Address 322 Catamount Road, Pittsfield, New Hampshire 03263
      Telephone (603) 435-5050

      Attorney's name Robert M. Fojo
      Firm Fojo Law, P.L.L.C.
      Address 264 South River Road, Suite 464, Bedford, NH 03110
      Telephone (603) 473-4694

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/Robert M. Fojo
Date December 16, 2021

Print        Reset

## Extended Answers to Questions on Docketing Statement

D.     A related appeal (Docket No. 21-1908) was filed by Mr. McCoy inadvertently after this appeal (Docket No. 21-1907) was filed. Counsel will dismiss Docket No. 21-1908.

# CERTIFICATE OF SERVICE

I certify that, on December 17, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court of the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated:  December 17, 2021	*/s/Robert M. Fojo*
	Robert M. Fojo, Esq.