No. 21-1907

**In the United States Court of Appeals
For The First Circuit**

**JOSEPH McCOY**

*Plaintiff-Appellee*

v.

**TOWN OF PITTSFIELD**

*Defendant-Appellant*

## PLAINTIFF/APPELLANT JOSEPH McCOY'S MOTION TO EXTEND DEADLINE TO FILE PRINCIPAL BRIEF AND APPENDIX

Plaintiff-Appellee Joseph McCoy moves, pursuant to Federal Rules of Appellate Procedure 26(b) and 27, to extend the deadline to file his Principal Brief and Appendix. Defendant-Appellee assents to this Motion.

1. Mr. McCoy's brief is due today, April 13, 2022.

2. The undersigned counsel has had several deadlines in the past 30 days, including a trial scheduled for next week in a case pending in Essex County Superior Court that was just continued yesterday. Counsel requires an additional two days to finalize Mr. McCoy's brief.

3. Accordingly, Mr. McCoy respectfully requests an extension of two (2) days of his deadline to file his principal brief. This extension would make his new deadline Friday, April 15, 2022.

4. The undersigned contacted Defendant/Appellee's counsel concerning the relief requested in this Motion. Defendant/Appellee does not object.

For the foregoing reasons, Mr. McCoy respectfully requests that the Court (1) grant this Motion; (2) extend his deadline to file his principal brief and appendix by two (2) days to Friday, April 15, 2022; and (3) grant any other relief deemed just and necessary.

JOSEPH MCCOY,

By His Attorneys,

FOJO LAW

Dated: April 13, 2022
        */s/ Robert M. Fojo*
Robert M. Fojo (#1191945)
264 South River Road, Suite 464
Bedford, NH 03110
Direct: (603) 473-4694
rfojo@fojolaw.com

## **CERTIFICATE OF SERVICE**

I certify that, on April 13, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court of the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: April 13, 2022
        */s/ Robert M. Fojo*
Robert M. Fojo