# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**ORDER OF COURT**

Entered: April 14, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Joseph McCoy to file a brief and appendix be enlarged to and including **April 15, 2022**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Joseph Dietel
Robert M. Fojo