# United States Court of Appeals
## For the First Circuit

_____

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

_____

**ORDER OF COURT**

Entered: April 25, 2022
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellant Joseph McCoy on April 15, 2022 is not in compliance with the following Local Rules of this court:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***The appellant's addendum is missing the challenged "Final Judgment" dated October 6, 2021, and the Order dated December 10, 2020.***

- **1st Cir. R. 28.0(a)(2)**, permitting the appellant to include in its addendum up to 25 pages of other items or short excerpts from the record that are either the subject of an issue on appeal (e.g., disputed jury instructions or disputed contractual provisions) or necessary for understanding the specific issues on appeal. The judgments, decisions, rulings or orders appealed from; any lower-level decisions; and statutes, rules, regulations, etc. included pursuant to Fed. R. App. P. 28(f) do not count towards the 25 page limit. ***Additional materials submitted in the addendum exceed the 25 page limit.***

    Appellant Joseph McCoy is ordered to file a conforming brief by **May 2, 2022**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

                                                         By the Court:

                                                         Maria R. Hamilton, Clerk

cc:
Robert M. Fojo
Robert Joseph Dietel