No. 21-1907

**In the United States Court of Appeals
For The First Circuit**

JOSEPH McCOY

*Plaintiff-Appellant*

v.

TOWN OF PITTSFIELD

*Defendant-Appellee*

## ASSENTED-TO MOTION TO ALLOW LATE FILING OF CORRECTED PRINCIPAL BRIEF

Plaintiff-Appellant Joseph McCoy moves, pursuant to Federal Rules of Appellate Procedure 26(b) and 27, to allow for the late filing of his corrected Principal Brief.

1. This Court issued an Order directing Mr. McCoy to make several corrections to his Principal Brief and file a corrected version of that document by May 2, 2022.

2. The undersigned attempted to file the corrected Brief on May 2, but the electronic filing system was experiencing some kind of malfunction:



3. The undersigned attempted to file the corrected Brief the following day, May 3, but again experienced the following browser error when doing so:



**Object not found!**

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

**Error 404**

4. The following day, May 4, the undersigned tried using a different browser and succeeded in filing the corrected Brief.

5. The undersigned contacted counsel for the Town of Pittsfield on both May 2 and May 3 concerning this issue. The Town assents to the late filing.

6. Accordingly, Mr. McCoy respectfully requests that this Court allow the late filing of his corrected Principal Brief.

For the foregoing reasons, Mr. McCoy respectfully requests that the Court (1) grant this Motion; (2) allow the late filing of his corrected Principal Brief; and (3) grant any other relief deemed just and necessary.

JOSEPH MCCOY,

By His Attorneys,

FOJO LAW, P.L.L.C.

Dated: May 6, 2022

    */s/ Robert M. Fojo*
Robert M. Fojo (#1191945)
264 South River Road, Suite 464
Bedford, NH 03110
Direct: (603) 473-4694
rfojo@fojolaw.com

# **CERTIFICATE OF SERVICE**

I certify that, on May 6, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court of the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: May 6, 2022         */s/ Robert M. Fojo*
                   Robert M. Fojo