# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**ORDER OF COURT**

Entered: May 6, 2022
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to submit paper copies of the appendix filed on April 19, 2022. It is ordered that if paper copies of the appendix are not filed on or before **May 13, 2022**, this case may be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Joseph Dietel
Robert M. Fojo