No. 21-1907

**In the United States Court of Appeals
For The First Circuit**

**JOSEPH McCOY**

*Plaintiff-Appellant*

v.

**TOWN OF PITTSFIELD**

*Defendant-Appellee*

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE PAPER COPIES OF APPENDIX

Plaintiff-Appellant Joseph McCoy moves, pursuant to Federal Rules of Appellate Procedure 26(b) and 27, to extend his deadline to file paper copies of his Appendix.

1. On May 6, 2022, this Court issued a notice of default and intent to dismiss for Mr. McCoy's failure to file paper copies of the Appendix. The Court provided Mr. McCoy until May 13, 2022, to file those paper copies.[1]

2. The undersigned enlisted a copy vendor to print, prepare, and submit the paper copies. The Appendix is well over 500 pages. The vendor experienced a mishap and inadvertently excluded certain portions of the Appendix. The undersigned directed the vendor to prepare the submission anew.

---

[1] For whatever reason, the undersigned did not see an original Order directing Mr. McCoy to file paper copies of the Appendix after it was tendered and accepted by the Court. Counsel apologizes for the confusion.

3. The undersigned was out of the office for a portion of this past week with strep throat. His absence delayed his ability to review the paper copies and ensure they were correctly prepared.

4. Thus, the undersigned needs until Wednesday, May 18, 2022, to complete the above task.

5. The undersigned contacted counsel for the Town of Pittsfield concerning this request. The Town assents.

For the foregoing reasons, Mr. McCoy respectfully requests that the Court (1) grant this Motion; (2) extend his deadline to file paper copies of his Appendix until Wednesday, May 18, 2022; and (3) grant any other relief deemed just and necessary.

JOSEPH MCCOY,

By His Attorneys,

FOJO LAW

Dated: May 15, 2022

    */s/ Robert M. Fojo*
Robert M. Fojo (#1191945)
264 South River Road, Suite 464
Bedford, NH 03110
Direct: (603) 473-4694
rfojo@fojolaw.com

## **CERTIFICATE OF SERVICE**

I certify that, on May 15, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court of the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: May 15, 2022            */s/ Robert M. Fojo*
                                                    Robert M. Fojo