# United States Court of Appeals
## For the First Circuit

NOTICE OF APPEARANCE

**No.** 21-1907     Short Title: McCoy v. Town of Pittsfield

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary):*
TOWN OF PITTSFIELD as the

[ ] appellant(s)     [X] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Keelan B. Forey
Signature

May 16, 2022
Date

Keelan B. Forey, Esq.
Name

Gallagher, Callahan & Gartrell PC
Firm Name (if applicable)

603-228-1181
Telephone Number

214 North Main Street
Address

603-228-8396
Fax Number

Concord, NH 03301
City, State, Zip Code

forey@gcglaw.com
Email (required)

Court of Appeals Bar **Number:** 1203674

Has this case or any related case previously been on appeal?

[X] No     [ ] Yes Court of Appeals No.

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).