# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**ORDER OF COURT**

Entered: May 17, 2022
Pursuant to 1st Cir. R. 27.0(d)

    Appellant Joseph McCoy's motion for leave to file his corrected principal brief instanter is granted, and the brief tendered on May 4, 2022 is accepted for filing on this date.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert M. Fojo
Robert Joseph Dietel
Keelan Forey