# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**ORDER OF COURT**

Entered: May 18, 2022
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellant Joseph McCoy to file paper copies of the appendix be enlarged to and including **May 18, 2022**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Joseph Dietel
Robert M. Fojo
Keelan Forey