# United States Court of Appeals
## For the First Circuit

_____

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

_____

**ORDER OF COURT**

Entered: June 6, 2022
Pursuant to 1st Cir. R. 27.0(d)

The paper formatted brief filed by appellant Joseph McCoy on May 24, 2022, and the paper formatted appendix filed on May 18, 2022, are not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)**, requiring that the front cover of the appellant's brief be blue. ***Unlike the appendix, the front cover of the appellant's paper formatted brief must be blue.***

- **Fed. R. App. P. 32(a)(3) and 32(b)**, requiring that the appendix be bound in a manner that is secure and does not obscure the text. The binding must permit the appendix to lie reasonably flat when open, except when necessary to facilitate inclusion of odd-sized documents such as technical drawings. ***The appellant's paper formatted appendix is unbound. This deficiency is in addition to the fact that the paper copies of the appendix (unlike the electronically-filed version) are missing a cover page and table of contents.***

Appellant Joseph McCoy is ordered to file five conforming paper copies of the appendix, and nine conforming paper copies of his brief by **June 13, 2022**. The nonconforming paper copies will be held at the clerk's office until June 13, 2022, should appellant wish to make arrangements to have them returned.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert M. Fojo
Robert Joseph Dietel
Keelan Forey