No. 21-1907

In the United States Court of Appeals
For The First Circuit

**JOSEPH McCOY**

*Plaintiff-Appellant*

v.

**TOWN OF PITTSFIELD**

*Defendant-Appellee*

<u>**PLAINTIFF/APPELLANT JOSEPH McCOY'S MOTION
TO EXTEND DEADLINE TO FILE REPLY BRIEF**</u>

Plaintiff-Appellant Joseph McCoy, pro se, moves, pursuant to Federal Rules of Appellate Procedure 26(b) and 27, to extend the deadline to file his reply brief by at least 90 days, to Wednesday, October 5, 2022, or later, and, in support of this motion, Mr. McCoy says as follows:

1. Mr. McCoy's reply brief is due July 7, 2022.

2. Mr. McCoy's now-former attorney, Robert M. Fojo, wrote an e-mail to Mr. McCoy on June 29, 2022, in relevant part saying as follows: "FYI - my license was suspended in Mass. This may present a problem as far as me filing a reply brief."

3. Mr. Fojo's license suspension makes Mr. Fojo unable to represent Mr. McCoy for purposes of filing the reply brief and probably for all other purposes too.

4. Thus, Mr. McCoy needs to find another attorney to represent him.

5. Thus, Mr. McCoy respectfully requests an extension of at least 90 days of his deadline to file his reply brief in order to find another attorney. This extension would make Mr. McCoy's new deadline Wednesday, October 5, 2022, or later.

1

Respectfully submitted,

JOSEPH MCCOY, pro se

Date: July 5, 2022

        Joseph McCoy
        322 Catamount Road
        Pittsfield, NH 03110
        Telephone: (603) 435-5050
        Joe McCoy <jolynn56@outlook.com>

## STATEMENT OF FILING BY MAIL

The short notice with which Mr. Fojo notified me of his license suspension in Massachusetts—he notified me on June 29, 2022—makes me unable to file electronically. I called the clerk of the court this morning (July 5, 2022) and explained my situation, and she said that I could file by mail.

## CERTIFICATE OF SERVICE

I certify that, on July 5, 2022, I sent a true and correct copy of the foregoing motion by e-mail to Robert J. Dietel <dietel@gcglaw.com>, which e-mail address he previously used in e-mailing me, and I also sent a copy of the foregoing motion by U.S.P.S. first class mail to Robert J. Dietel, Gallagher, Callahan & Gartrell, P.C., 214 North Main Street Concord, NH 03301.

Date: July 5, 2022　　　　　　　　　　_Joseph McCoy_
                                           Joseph McCoy

Joseph McCoy
P.O. Box 293
322 Catamount Rd.
Pittsfield, N.H.
     03263

    The Clerk Office Court of Appeals
    1 Court House Way
    Suite 2500
    Boston, Mass.
        02210

Case: 21-1907    Document: 00117895401    Page: 3    Date Filed: 07/06/2022    Entry ID: 6506140

  

PRESS FIRMLY TO SEAL

PRESS FIR

PME 1-Day
PITTSFIELD, NH
03263
JUL 05, 22
AMOUNT
$26.95
R2305K133870-03

1007  02210

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 923 904 940 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (603) 435-5050

Joseph McCoy
P.O. Box 293
Pittsfield, N.H.
03263

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE ( )

The Clerk Office Court of Appeals
1 Court House Way
Suite 2500
Boston, Mass. 02210

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 03263 | Scheduled Delivery Date: 7-6-22 | Postage: $26.95
Date Accepted: 7-5-22 | Scheduled Delivery Time: ☒ 3:00 PM | Insurance Fee | COD Fee
Time Accepted: 11:58 ☒ AM ☐ PM | Return Receipt Fee | Live Animal Transportation Fee
Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees: $26.95
Weight: ☒ Flat Rate | Acceptance Employee Initials: MO

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996



EP13F May 2020

  

UNITED STATES POSTAL SERVICE

Case: 21-1907  Document: 00117899404  Page: 4  Date Filed: 07/06/2022  Entry ID: 6503740

Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.