No. 21-1907

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

JOSEPH MCCOY

*Plaintiff - Appellant*

v.

TOWN OF PITTSFIELD

*Defendant – Appellee*

### TOWN OF PITTSFIELD'S PARTIAL OBJECTION TO McCOY'S MOTION TO EXTEND

Defendant-Appellee Town of Pittsfield files this partial objection to Plaintiff-Appellant Joseph McCoy's "Motion to Extend Deadline to File Reply Brief" and states as follows:

1. McCoy's deadline to file a reply brief in this matter was July 7, 2022.

2. McCoy seeks an extension of time of "at least 90 days" to file a reply brief. McCoy's seeks this extension of time to permit McCoy to obtain a new attorney because McCoy's now-former attorney's license was suspended.

1

3. The Town of Pittsfield (the "Town") has no objection to McCoy's request for additional time to secure new representation and file a reply brief. However, the Town objects to McCoy's request for "at least 90 days" of additional time to file his reply brief. As McCoy notes in his motion, 90 days of additional time will put the reply brief deadline to October 5, 2022.

4. McCoy has not established that 90 days of additional time is necessary to obtain a new attorney and file a reply brief, and the requested extension will unnecessarily prolong resolution of this matter.

5. For these reasons, the Town partially objects to McCoy's motion to extend and respectfully requests that the Court enter an order providing for an extension of no more than 30 days.

WHEREFORE, Appellee-Defendant Town of Pittsfield requests that this Honorable Court:

A. Deny McCoy's request for a 90 day extension, and in lieu, extend the reply brief deadline by no more than 30 days; and

B. Grant such other relief as may be just.

Respectfully submitted,

**Town of Pittsfield**

July 11, 2022        By:/s/ Keelan B. Forey
                     Robert J. Dietel, Esq. (#1155224)
                     Keelan B. Forey, Esq. (#1203674)
                     Gallagher, Callahan & Gartrell, P.C.
                     214 North Main Street
                     Concord, NH 03301
                     (603) 228-1181
                     dietel@gcglaw.com
                     forey@gcglaw.com

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with Fed. R. App. P. 27(d) and this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, version 2016, Century Schoolbook, 14-point font.

Dated: July 11, 2022        By: /s/ Keelan B. Forey
                                Keelan B. Forey

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has this date been sent via U.S. mail, postage prepaid to Joseph McCoy, 322 Catamount Road, Pittsfield, NH 03110; and via e-mail to Joseph McCoy at <jolynn56@outlook.com>.

Dated: July 11, 2022        By: /s/ Keelan B. Forey
                                         Keelan B. Forey