# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**ORDER OF COURT**

Entered: July 22, 2022

    Upon consideration, plaintiff-appellant Joseph McCoy's partially opposed pro se motion for an extension of time to file a reply brief is granted. The deadline for appellant to file a reply brief is hereby extended to and including **October 5, 2022**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert M. Fojo
Joseph McCoy
Robert Joseph Dietel
Keelan Forey