Office of the Clerk
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2500
Boston, MA 02210

21-1907
Order 7122

**Insufficient address**

USMS SCREENED
2022 AUG -9 AM 11: 03
COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Joseph McCoy
322 Catamount Rd
Bedford, NH 03110

US POSTAGE PITNEY BOWES
ZIP 02210 $ 000.57⁰
02 4W
0000354155 JUL 22 2022

NIXIE     015   DE 1        0008/06/22
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 02210300425    *1221-02074-22-44