No. 21-1907

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

JOSEPH MCCOY

*Plaintiff – Appellant*

v.

TOWN OF PITTSFIELD

*Defendant – Appellee*

## MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE

The Appellant, Joseph McCoy, by and through his attorney Leif A. Becker, Esq. of BECKER LEGAL PLLC files this Motion for Leave to File Notice of Appearance and support thereof states as follows:

1. On June 29, 2022 preceding Appellant's counsel alerted the Appellant of the suspension of his license to practice law.

2. On July 5, 2022 the Appellant, then pro se, filed a motion to extend his deadline to file a response to the Appellee's brief due to his newly discovered need for counsel.

3. The Appellant was granted a 90-day extension, until this date October 5, 2022 to obtain Counsel and file a reply brief.

4. The Appellant has retained BECKER LEGAL PLLC and a brief has been prepared.

5. The Appellant now moves for leave for Attorney Leif Becker, Esq. (bar no. 1205074) to enter an Appearance on the Appellant's behalf as is required by Court Rule as the Appellee's brief has already been filed.

WHEREFORE, the Appellant respectfully prays that this Honorable Court:

a. Conduct a hearing on this issue; and
b. Grant such other relief as may be just and proper.

                                                  Respectfully Submitted

                                                  Joseph McCoy

                                                  By his attorney,

October 5, 2022                      /s/ Leif A. Becker
                                                  Leif A. Becker, Esq.
                                                  BECKER LEGAL, PLLC
                                                  Bar. No. 1205074
                                                  Email: Leif@beckerlegalnh.com
                                                  Phone: 603-259-6726
                                                  1465 Woodbury Ave, PMB 245
                                                  Portsmouth, NH 03801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this pleading has been sent this day, October 5, 2022, to all parties of record through the First Circuit Court of Appeals ECF System.

                                                  /s/ Leif A. Becker
                                                  Leif A. Becker, Esq.