No. 21-1907

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

**JOSEPH MCCOY**

*Plaintiff – Appellant*

v.

**TOWN OF PITTSFIELD**

*Defendant – Appellee*

<u>**NOTICE OF APPEARANCE**</u>

The Undersigned notifies the Court of his Appearance on behalf of Appellant Joseph Mccoy in the above captioned matter.

|  |  |
|---|---|
| October 5, 2022 | /s/ Leif A. Becker |
|  | Leif A. Becker, Esq. |
|  | BECKER LEGAL, PLLC |
|  | Bar. No. 1205074 |
|  | Email: Leif@beckerlegalnh.com |
|  | Phone: 603-259-6726 |
|  | 1465 Woodbury Ave, PMB 245 |
|  | Portsmouth, NH 03801 |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this pleading has been sent this day, October 5, 2022, to all parties of record through the First Circuit Court of Appeals ECF System.

/s/ Leif A. Becker
Leif A. Becker, Esq.