# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

### ORDER OF COURT

Entered: October 6, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the motion requesting leave for Attorney Leif A. Becker to enter an appearance for Appellant Joseph McCoy, the motion is allowed. Attorney notice of appearance is accepted for filing as of this date.

By the Court:

Maria R. Hamilton, Clerk

cc:
Leif A. Becker
Robert M. Fojo
Joseph McCoy
Robert Joseph Dietel
Keelan Forey