No. 21-1907

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

**JOSEPH MCCOY**

*Plaintiff – Appellant*

v.

**TOWN OF PITTSFIELD**

*Defendant – Appellee*

NOTICE OF APPEARANCE

The Undersigned notifies the Court of his Appearance on behalf of Appellant Joseph Mccoy in the above captioned matter.

October 5, 2022

/s/ Leif A. Becker
Leif A. Becker, Esq.
BECKER LEGAL, PLLC
Bar. No. 1205074
Email: Leif@beckerlegalnh.com
Phone: 603-259-6726
1465 Woodbury Ave, PMB 245
Portsmouth, NH 03801

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this pleading has been sent this day, October 5, 2022, to all parties of record through the First Circuit Court of Appeals ECF System.

/s/ Leif A. Becker
Leif A. Becker, Esq.