No. 21-1907

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

**JOSEPH MCCOY**

*Plaintiff – Appellant*

v.

**TOWN OF PITTSFIELD**

*Defendant – Appellee*

**MOTION FOR LEAVE TO FILE REPLY BRIEF INSTANTER**

The Appellant, Joseph McCoy, by and through his attorney Leif A. Becker, Esq. of BECKER LEGAL PLLC files this Motion for Leave to File Reply Brief Instanter and support thereof states as follows:

1. The Appellant was granted a 90-day extension, until October 5, 2022 to obtain Counsel and file a reply brief.

2. The Appellant retained BECKER LEGAL PLLC and a was prepared to meet the deadline.

3. As the Appellee's brief had already been filed the Undersigned had to move for leave to file an Appearance.

4. As the Undersigned's Motion for Leave to File an Appearance had to be approved by the Court prior to the Undersigned receiving the necessary privledges to file the Appellant's reply brief, the October 5, 2022 deadline was missed despite the brief being prepared and ready for submission.

5. This day October 6, 2022 the Undersigned was granted leave to file an Appearance and the Appellant's reply brief is being submitted simultaneous with this Motion.

6. As the Appellant's Reply Brief is being filed this day, one day following the October 5, 2022 deadline, and as the delay in filing was due to the Undersigned's need to wait for Court permission's to file, The Appellant requests leave to file this Brief instanter.

WHEREFORE, the Appellant respectfully prays that this Honorable Court:

a. Grant the Appellant's request to file Reply Brief Instanter; and
b. Accept the Appellant's Brief as filed.

|  |  |
|---|---|
|  | Respectfully Submitted |
|  | Joseph McCoy |
|  | By his attorney, |
| October 6, 2022 | /s/ Leif A. Becker<br>Leif A. Becker, Esq.<br>BECKER LEGAL, PLLC<br>Bar. No. 1205074<br>Email: Leif@beckerlegalnh.com<br>Phone: 603-259-6726<br>1465 Woodbury Ave, PMB 245<br>Portsmouth, NH 03801 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this pleading has been sent this day, October 6, 2022, to all parties of record through the First Circuit Court of Appeals ECF System.

/s/ Leif A. Becker
Leif A. Becker, Esq.