# United States Court of Appeals
## For the First Circuit

_____

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

_____

**ORDER OF COURT**

Entered: October 14, 2022
Pursuant to 1st Cir. R. 27.0(d)

The reply brief filed by appellant Joseph McCoy on October 6, 2022 is not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(D)**, requiring that the front cover of the brief contain the nature of the proceeding (e.g., Appeal, Petition for Review) and the name of the court, agency or board below. ***The front cover of the appellant's reply brief does not contain the nature of the proceeding and the name of the court below.***

- **Fed. R. App. P. 32(g)(1)**, requiring that a brief submitted under Rule 32(a)(7)(B) include a certificate of compliance by the attorney, or an unrepresented party, that the brief complies with the type-volume limitation. ***The appellant's reply brief does not include a certificate of compliance.***

Appellant Joseph McCoy is ordered to file a conforming reply brief by **October 21, 2022**. The corrected brief must be served on all parties to the appeal.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Joseph Dietel, Robert M. Fojo, Keelan Forey, Leif A. Becker