# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

### ORDER OF COURT

Entered: October 18, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant Joseph McCoy's motion for leave to file reply brief instanter filed on October 6, 2022, the motion is <u>denied as moot</u> in light of the order entered on October 14, 2022 directing appellant to file a conforming reply brief by October 21, 2022.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert M. Fojo
Joseph McCoy
Leif A. Becker
Robert Joseph Dietel
Keelan Forey