# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

### ORDER OF COURT

Entered: November 10, 2022
Pursuant to 1st Cir. R. 27.0(d)

The paper formatted reply brief filed by appellant Joseph McCoy on October 31, 2022 is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)**, requiring that the front cover of a reply brief be gray.   *The front cover of the appellant's paper formatted brief is not gray.*

Appellant Joseph McCoy is ordered to file nine conforming paper copies of the reply brief by **November 17, 2022**.   The nonconforming paper copies will be held at the clerk's office until November 17, 2022, should appellant wish to make arrangements to have them returned.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert M. Fojo
Robert Joseph Dietel
Keelan Forey