# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**CALENDARING NOTICE**

Issued: November 22, 2022

Consistent with ongoing efforts to mitigate the risk of community transmission of COVID-19, **the court will conduct oral argument remotely in this case on Thursday, January 12, 2023** at **9:30 a.m.**, in lieu of in-person appearance. **Check-in at 9:00 a.m.** before court begins is required. There will be no continuance except for grave cause.

Given the continued public health restrictions and limits on public access to the Court of Appeals, the court will also provide live audio access to such arguments, unless the court closes the proceedings to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within 7 days of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

Counsel who will be presenting (or assisting presenting counsel at) oral argument are hereby ordered to attend a remote conference on **Tuesday, January 3, 2023** at **10:00 a.m.** to review relevant procedures for the hearing. Additional information about this virtual meeting will be sent via email to the email address included on counsel's Designation Form.

The identity of the panel will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to the Calendaring Clerk, Daniel Toomey, 617-748-9982.

By the Court:

Maria R. Hamilton, Clerk

cc:
Leif A. Becker
Robert Joseph Dietel
Robert M. Fojo
Keelan Forey
Joseph McCoy