# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

### ORDER OF COURT

Entered: December 19, 2022
Pursuant to 1st Cir. R. 27.0(d)

    Pursuant to this court's judgment in 22-8018, attorney Robert M. Fojo has been removed from the roll of attorneys admitted to practice before this court. Accordingly, his appearance on behalf of Appellant Joseph McCoy is withdrawn. Appellant will continue to be represented by Attorney Leif A. Becker.

By the Court:

Maria R. Hamilton, Clerk

cc:
Megan C. Deluhery
Carolyn Talbot Seely
Marissa I. Delinks
Hale Yazicioglu Lake
Todd P. Stelter