# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff, Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant, Appellee

---

**JUDGMENT**

Entered: February 7, 2023

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Joseph McCoy, Leif A. Becker, Robert Joseph Dietel, Keelan Forey