# United States Court of Appeals
## For the First Circuit

No. 21-1907

JOSEPH MCCOY,

Plaintiff - Appellant,

v.

TOWN OF PITTSFIELD, NH,

Defendant - Appellee.

**MANDATE**

Entered: March 1, 2023

    In accordance with the judgment of February 7, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Leif A. Becker
Robert Joseph Dietel
Keelan Forey
Joseph McCoy